BENJAMIN CHERNACK, Respondent, v. IRVING BIENSTOCK, Appellant.—Action for personal injuries sustained by plaintiff in being struck by an automobile owned and operated by defendant while plaintiff was standing on the sidewalk. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES C. KERNER, Respondent, v. CONTINENTAL RUBBER WORKS, Appellant.—Action for a balance due under a contract employing plaintiff as the exclusive foreign representative for the defendant. Order denying defendant's motion for summary judgment dismissing the complaint, vacating plaintiff's warrant of attachment, and severing the counterclaim and granting partial summary judgment thereon in favor of defendant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PRESS PUBLISHING COMPANY, Appellant, v. ARNOLD CONSTABLE & Co., Respondent.—Action by plaintiff, publisher of the former *World* newspaper, to recover balance due it for advertising inserted by defendant in the *Evening World* prior to February 27, 1931, under an agreement in writing between the parties dated April 21, 1930, and a supplemental agreement in writing made in the month of October, 1930. Judgment for defendant on its counterclaim unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

1412 BROADWAY, INC., Respondent, v. MAX COHN and Others, Appellants.— The action is for rent due under a written lease. Order granting plaintiff's motion for summary judgment and the judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAX BURNOFSKY, Appellant, v. LOUIS M. JOSEPHTHAL and Others, Respondents. —Action by a customer against defendants, stockbrokers, for money had and received. Judgment, and order dismissing the complaint on the merits at the close of plaintiff's case, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNA SCHWEDOCK, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.—Action by plaintiff, as beneficiary, to recover the sum of $5,000 payable under a policy of life insurance issued by defendant to plaintiff's deceased husband, and the additional sum of $5,000 payable in the event of insured's death by accident. Judgment on verdict in favor of plaintiff for $10,000 unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.